Zachary M. Best, SBN 166035
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorneys for Plaintiff
Rachel Bryant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>    Plaintiff,<br><br>vs.<br><br>BORUNDA INCORPORATED dba PLAZA VENTANA, et al.,<br><br>    Defendants. | No. 1:17-cv-01264-DAD-SAB<br><br>**STIPULATION FOR CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE; ORDER** |

Page 1

**WHEREAS,** a Mandatory Scheduling Conference in this matter is set for December 4, 2017 (Dkt. 3);

**WHEREAS,** Defendant Times Square Holdings, LLC ("Times Square") waived service of summons (Dkt. 4), and Times Square's responsive pleading is accordingly not due until December 18, 2017;

**WHEREAS**, in addition to their desire to await Times Square's appearance in this matter, the Parties wish to explore an informal resolution of this matter without the need to unnecessarily use judicial resources or expend attorneys' fees.

**NOW, THEREFORE,** Plaintiff Rachel Bryant, Defendant Times Square, and Defendant Borunda Incorporated dba Plaza Ventana, by and through their respective counsel, stipulate to a continuance of the Mandatory Scheduling Conference currently set for December 4, 2017 to a date at the Court's convenience on or after January 26, 2018, to allow time for Times Square to make an appearance in the case and to explore an early resolution of Plaintiff's claims.

Dated: November 16, 2017　　　　　　　　　　MISSION LAW FIRM, A.P.C.

　　　　　　　　　　　　　　　　　　　　　　*/s/ Zachary M. Best*
　　　　　　　　　　　　　　　　　　　　　　Zachary M. Best
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　Rachel Bryant

Dated: November 16, 2017　　　　　　　　　　VAUGHAN & ASSOCIATES

　　　　　　　　　　　　　　　　　　　　　　*/s/ Cris C. Vaughan*
　　　　　　　　　　　　　　　　　　　　　　Cris C. Vaughan
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Borunda Incorporated dba Plaza Ventana

Dated: November 16, 2017　　　　　　　　　　CALL & JENSEN

　　　　　　　　　　　　　　　　　　　　　　*/s/ Ryan M. McNamara*
　　　　　　　　　　　　　　　　　　　　　　Ryan M. McNamara
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　　　　　Times Square Holdings, LLC

# **ORDER**

The parties having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 4, 2017 is continued to February 6, 2018 at 3:00 p.m. in Courtroom 9, before Magistrate Judge Stanley A. Boone. The parties are to file their Joint Scheduling Report no later than seven days prior to the conference.

IT IS SO ORDERED.

Dated: __November 16, 2017__

UNITED STATES MAGISTRATE JUDGE